# LAW OFFICES OF JOHN L. BURRIS
### AIRPORT CORPORATE CENTRE
### 7677 OAKPORT STREET, SUITE 1120
### OAKLAND, CALIFORNIA 94621
### T: (510) 839-5200 / F: (510) 839-3882

December 4, 2012

Honorable Edward M. Chen
United States Northern District Court
450 Golden Gate Avenue
Courtroom 5, 17th Floor
San Francisco, California 94102

    Re:    **Request to Continue Initial Case Management Conference**
             **Estate of Kenneth Harding, et al. v. CCSF, et al.**
             **USNDC Case No.: C 12-3978 EMC**

Dear Honorable Chen:

    The parties to the above referenced case hereby respectfully request that the Initial Case Management Conference currently scheduled for December 14, 2012 be continued to later date. Good cause being, my firm recently received notice that Plaintiff Denica Chatman retained the law firm of Carpenter, Zuckerman & Rowley to represent her in this matter. To that end, Mr. Burris and myself recently executed a Substitution of Attorney and anticipate that it will be filed by with the court shortly. Carpenter, Zuckerman & Rowley will need additional time to meet and confer with Defendants and prepare the Joint Case Management Conference Statement. Moreover, continuing the Initial CMC will serve judicial economy by not requiring the Court to hold two CMC's.

    In light of the foregoing, the parties respectfully request the Initial Case Management Conference be continued to some other later date convenient to the Court.

Sincerely,

/s/

Adante D. Pointer

Cc: Carpenter, Zuckerman & Rowley

IT IS SO ORDERED that the CMC is reset from 12/14/12 at 9:00 a.m. to 2/14/13 at 9:00 a.m. A joint CMC statement shall be filed by 2/7/13.

_____
Edward M. Chen
U. S. District Judge

