AO 154  (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| Northern | **District of** | California |

Estate of Kenneth Harding, Jr., et al.

Plaintiff (s),

V.

City and County of San Francisco, et al.

Defendant (s),

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:**   C 12-03978 NC

Notice is hereby given that, subject to approval by the court, Plaintiff Denika Chatman substitutes
                                                        (Party (s) Name)

John C. Carpenter , State Bar No. 155610 as counsel of record in
        (Name of New Attorney)

place of   John L. Burris  and Adante Pointer  of The Law Offices of John L. Burris .
                        (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:   Carpenter, Zuckerman & Rowley, LLP

Address:   8827 West Olympic Blvd., Beverly Hills, CA 90211

Telephone:   (310) 273-1230            Facsimile   (310) 858-1063

E-Mail (Optional):   mendoza@czrlaw.com (email address of assistant)

I consent to the above substitution.

Date:

_____   (Signature of Party (s))

I consent to being substituted.

Date:   12/3/12

_____   (Signature of Former Attorney (s))

I consent to the above substitution.

Date:   12/14/12

_____   (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:   1/8/13

_____

IT IS SO ORDERED

Judge Edward M. Chen

[Note: A separate consent order of substitution must be filed by each new atte           arance.]

AO 154 (10/03) Substitution of Attorney

NOV 1 9 2012

# UNITED STATES DISTRICT COURT

| Northern | **District of** | California |
|---|---|---|

Estate of Kenneth Harding, Jr., et al.
                              Plaintiff (s),

V.

City and County of San Francisco, et al.
                              Defendant (s),

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:**   C 12-03978 NC

Notice is hereby given that, subject to approval by the court,   Plaintiff Denika Chatman   substitutes
                                                                (Party (s) Name)

John C. Carpenter                         , State Bar No.   155610         as counsel of record in
              (Name of New Attorney)

place of   John L. Burris  and Adante Pointer  of The Law Offices of John L. Burris                      .
                              (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:      Carpenter, Zuckerman & Rowley, LLP

Address:        8827 West Olympic Blvd., Beverly Hills, CA 90211

Telephone:      (310) 273-1230                Facsimile   (310) 858-1063

E-Mail (Optional):   mendoza@czrlaw.com (email address of assistant)

I consent to the above substitution.

Date:        11/17/12

                                                            *Denika Chatman*
                                                            _____
                                                            (Signature of Party (s))

I consent to being substituted.

Date:        _____

                                                            _____
                                                            (Signature of Former Attorney (s))

I consent to the above substitution.

Date:        _____

                                                            _____
                                                            (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:        _____

                                                            _____
                                                                    Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

## CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is: 8827 West Olympic Boulevard, Beverly Hills, California 90211.

On December 17, 2012, I served the attached document described as **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY (FOR PLAINTIFF, DENIKA CHATMAN)** on all interested parties in this action by the following method:

☒      **BY CM/ECF FILING SYSTEM**

I certify that on December 17, 2012, a copy of the document identified above was filed electronically and served on all parties to this action by operation of the Court's electronic filing system or by U. S. Mail to anyone unable to accept electronic service. Parties may access this filing through the Court's CM/ECF System.  I further believe the appropriate physical and email address for service on the parties on the parties is as follows:

(SEE ATTACHED SERVICE LIST)

☒      FEDERAL - I declare under penalty of perjury under the laws of the State of California and the United States that the above is true and correct.

☒      EXECUTED on December 17, 2012, at Beverly Hills, California.


Robert Mendoza

1

1

## SERVICE LIST

2

| SUBSTITUTING IN | SUBSTITUTING OUT |

3
4
5
6

John C. Carpenter, Esq.
CARPENTER, ZUCKERMAN & ROWLEY
8827 W. Olympic Blvd.
Beverly Hills, CA 90211
(310) 273-1230 (Phone)
(310) 858-1063 (Fax)
john@czrlaw.com

John L. Burris, Esq.
LAW OFFICES OF JOHN L. BURRIS
7677 Oakport Street, Suite 1120
Oakland, CA 94621
(510) 839-5200 (Phone)
(510) 839-3882 (Fax)
Email: john.burris@johnburrislaw.com

7

**NEW** Counsel for Plaintiff

*Former* Counsel for Plaintiff

8
9
10
11
12

Blake Philip Loebs, Esq.
City Attorney's Office
CITY & COUNTY OF SAN FRANCISCO
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, CA 94102-5408
(415) 554-3868 (Phone)
(415) 554-3837 (Fax)
blake.loebs@sfgov.org

13
14

Counsel for The City and
County of San Francisco

15

16

17

18

19

20

21

22

23

24

25

26

27

28