AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Northern District of California

Estate of Kenneth Harding, Jr., et al.
    Plaintiff (s),
V.
City and County of San Francisco, et al.
    Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: C 12-03978 NC

Notice is hereby given that, subject to approval by the court, __Plaintiff Estate of Kenneth Harding, Jr.__ substitutes
(Party (s) Name)

__John C. Carpenter__, State Bar No. __155610__ as counsel of record in
(Name of New Attorney)

place of __John L. Burris and Adante Pointer of The Law Offices of John L. Burris__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Carpenter, Zuckerman & Rowley, LLP
Address: 8827 West Olympic Blvd., Beverly Hills, CA 90211
Telephone: (310) 273-1230     Facsimile (310) 858-1063
E-Mail (Optional): mendoza@czrlaw.com (email address of assistant)

I consent to the above substitution.
Date: 12/3/12
(Signature of Party (s))

I consent to being substituted.
Date: 12/3/12
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 12/14/12
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.
Date: 1/8/13

IT IS SO ORDERED
Judge Edward M. Chen

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

AO 154 (10/03) Substitution of Attorney

NOV 19 2012

# UNITED STATES DISTRICT COURT

_____Northern_____ District of _____California_____

Estate of Kenneth Harding, Jr., et al.
                Plaintiff (s),
V.
City and County of San Francisco, et al.
                Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: C 12-03978 NC

Notice is hereby given that, subject to approval by the court, __Plaintiff Estate of Kenneth Harding, Jr.__ substitutes
                                                                                    (Party (s) Name)

__John C. Carpenter__, State Bar No. __155610__ as counsel of record in
     (Name of New Attorney)

place of __John L. Burris and Adante Pointer of The Law Offices of John L. Burris__.
                                              (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Carpenter, Zuckerman & Rowley, LLP |
| Address: | 8827 West Olympic Blvd., Beverly Hills, CA 90211 |
| Telephone: | (310) 273-1230     Facsimile (310) 858-1063 |
| E-Mail (Optional): | mendoza@czrlaw.com (email address of assistant) |

I consent to the above substitution.
Date: __11/17/12__

_[signature]_
(Signature of Party (s))

I consent to being substituted.
Date: _____

_____
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: _____

_____
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

_____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 8827 West Olympic Boulevard, Beverly Hills, California 90211.

On December 17, 2012, I served the attached document described as **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY (FOR PLAINTIFF, ESTATE OF KENNETH HARDING, JR.)** on all interested parties in this action by the following method:

☒ **BY CM/ECF FILING SYSTEM**

I certify that on December 17, 2012, a copy of the document identified above was filed electronically and served on all parties to this action by operation of the Court's electronic filing system or by U. S. Mail to anyone unable to accept electronic service. Parties may access this filing through the Court's CM/ECF System. I further believe the appropriate physical and email address for service on the parties on the parties is as follows:

(SEE ATTACHED SERVICE LIST)

☒ FEDERAL - I declare under penalty of perjury under the laws of the State of California and the United States that the above is true and correct.

☒ EXECUTED on December 17, 2012, at Beverly Hills, California.

_____
Robert Mendoza

## SERVICE LIST

**SUBSTITUTING IN**

John C. Carpenter, Esq.
CARPENTER, ZUCKERMAN & ROWLEY
8827 W. Olympic Blvd.
Beverly Hills, CA 90211
(310) 273-1230 (Phone)
(310) 858-1063 (Fax)
john@czrlaw.com

**NEW** Counsel for Plaintiff

Blake Philip Loebs, Esq.
City Attorney's Office
CITY & COUNTY OF SAN FRANCISCO
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, CA 94102-5408
(415) 554-3868 (Phone)
(415) 554-3837 (Fax)
blake.loebs@sfgov.org

Counsel for The City and
County of San Francisco

**SUBSTITUTING OUT**

John L. Burris, Esq.
LAW OFFICES OF JOHN L. BURRIS
7677 Oakport Street, Suite 1120
Oakland, CA 94621
(510) 839-5200 (Phone)
(510) 839-3882 (Fax)
Email: john.burris@johnburrislaw.com

*Former* Counsel for Plaintiff