1 | DENNIS J. HERRERA, State Bar #139669
City Attorney
2 | CHERYL ADAMS, State Bar #164194
Chief Trial Deputy
3 | BLAKE P. LOEBS, State Bar #145790
Chief of Civil Rights Litigation
4 | Fox Plaza
1390 Market Street, 6th Floor
5 | San Francisco, California 94102-5408
Telephone:    (415) 554-3868
6 | Facsimile:    (415) 554-3837
E-Mail:       blake.loebs@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
MATTHEW LOPEZ, and RICHARD HASTINGS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| THE ESTATE OF KENNETH HARDING Jr.; DENIKA CHATMAN, individually and as personal representative of the ESTATE OF KENNETH HARDING, Jr., | Case No. C12-3978 EMC |
|---|---|
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE, ALL RELATED DEADLINES AND MEDIATION DEADLINE** |
| vs. | Trial Date:    Not Set |
| CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; OFFICER MATTHEW LOPEZ individually and in his official capacity as a Police Officer for CITY AND COUNTY OF SAN FRANCISCO; OFFICER RICHARD HASTINGS individually and in his official capacity as a Police Officer for CITY AND COUNTY OF SAN FRANCISCO; DOES 1-50, inclusive; individually and in their official capacities as POLICE OFFICERS for CITY AND COUNTY OF SAN FRANCISCO, | |
| Defendants. | |

The parties are currently engaged in informal discovery in the hope of determining if this matter can be resolved before engaging in expensive and protracted litigation.  With that in mind, the parties hereby stipulate and jointly request that the Case Management Conference currently scheduled for February 14, 2013 at 9:00, and all of the related deadlines, be continued at least 90 days.  The parties also request that the deadline for mediation be extended to at least 90 after the case management conference.

IT IS SO STIPULATED.

Dated:  February 1, 2013

>DENNIS J. HERRERA
>City Attorney
>CHERYL ADAMS
>Chief Trial Deputy
>BLAKE P. LOEBS
>Chief of Civil Rights Litigation
>
>By: */s/ Blake P. Loebs*
>BLAKE P. LOEBS
>Attorneys for Defendants
>CITY AND COUNTY OF SAN FRANCISCO, MATTHEW LOPEZ, AND RICHARD HASTINGS

Dated:  February 1, 2013        CARPENTER, ZUCKERMAN & ROWLEY, LLP

>By: */s/ John C. Carpenter*
>JOHN C. CARPENTER
>Attorneys for Plaintiffs,
>THE ESTATE OF KENNETH HARDING Jr.;
>DENIKA CHATMAN

*Pursuant to General Order 45, the electronic signatory of this documents attests that this individual concurs in his electronic signature of this document.  The actual signature page is on file.

# ORDER

BASED ON THE ABOVE ENTERED STIPULATION, IT IS ORDERED the case management conference shall be moved from February 14, 2013 <u>to May 16, 2013</u>. All related deadlines, such as initial disclosures, shall be adjusted accordingly. In addition, the deadline for mediation shall be extended to <u>April 30, 2013</u>.

Dated: <u>  2/6  </u>, 2013

_____
THE HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen