1 | DENNIS J. HERRERA, State Bar #139669
City Attorney
2 | CHERYL ADAMS, State Bar #164194
Chief Trial Deputy
3 | BLAKE P. LOEBS, State Bar #145790
Chief of Civil Rights Litigation
4 | Fox Plaza
1390 Market Street, 6th Floor
5 | San Francisco, California 94102-5408
Telephone:    (415) 554-3868
6 | Facsimile:     (415) 554-3837
E-Mail:         blake.loebs@sfgov.org

8 | Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
9 | MATTHEW LOPEZ, and RICHARD HASTINGS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| THE ESTATE OF KENNETH HARDING Jr.; DENIKA CHATMAN, individually and as personal representative of the ESTATE OF KENNETH HARDING, Jr. | Case No. C12-3978 EMC |
|---|---|
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER TO ALLOW RELEASE OF COPIES OF PHOTOGRAPHS DEPICTING MR. HARDING, JR. AFTER HE WAS DECEASED IN POSSESSION OF THE OFFICE OF THE MEDICAL EXAMINER AND/OR THE SFPD** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; OFFICER MATTHEW LOPEZ individually and in his official capacity as a Police Officer for CITY AND COUNTY OF SAN FRANCISCO; OFFICER RICHARD HASTINGS individually and in his official capacity as a Police Officer for CITY AND COUNTY OF SAN FRANCISCO; DOES 1-50, inclusive; individually and in their official capacities as POLICE OFFICERS for CITY AND COUNTY OF SAN FRANCISCO, | Trial Date:         Not Set |
| Defendants. | |

**STIPULATION**

Pursuant to Federal Rule of Civil Procedure 26(c) the parties have met and conferred and stipulate as follows:

1. Pursuant to California Code of Civil Procedure Section 129, neither the Medical Examiner's Office nor the San Francisco Police Department may produce copies of autopsy or crime scene photographs that depict any portion of a deceased person's body other than for use in a criminal prosecution without prior court authorization.

2. Pursuant to California Code of Civil Procedure Section 129, this stipulation has been served on the San Francisco District Attorney's Office at least 5 days in advance of this request being filed with the Court.

2. Good cause exists for the Court to authorize the parties to this action to receive copies of photographs from the Medical Examiner's Office and/or the San Francisco Police Department that depict Kenneth Harding, Jr. after he died ("Harding Photographs") because those photographs may be relevant to evaluating the cause of Mr. Harding's death.

3. The parties therefore jointly request that the Court authorize the parties to this action to receive copies of the Harding Photographs. The parties also agree that the Harding Photographs will not be shown or distributed to any individual or entity that is not a party, or an expert retained by a party, in this litigation, except as my be provided by a protective issued by this Court. Within 30 days

1 upon completion of this litigation the Harding Photographs are to be returned to the City Attorney's
2 Office for destruction.
3     IT IS SO STIPULATED.
4 Dated: February 6, 2013

    DENNIS J. HERRERA
    City Attorney
    CHERYL ADAMS
    Chief Trial Deputy
    BLAKE P. LOEBS
    Chief of Civil Rights Litigation

By:  */s/ Blake P. Loebs*
    BLAKE P. LOEBS
    Attorneys for Defendants
    CITY AND COUNTY OF SAN FRANCISCO,
    MATTHEW LOPEZ, AND RICHARD HASTINGS

Dated: February 6, 2013     CARPENTER, ZUCKERMAN & ROWLEY, LLP

By:  */s/ John C. Carpenter*
    JOHN C. CARPENTER
    Attorneys for Plaintiffs,
    THE ESTATE OF KENNETH HARDING Jr.;
    DENIKA CHATMAN

\*Pursuant to General Order 45, the electronic signatory of this documents attests that this individual concurs in his electronic signature of this document. The actual signature page is on file.

**ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT BASED ON THE ABOVE ENTERED STIPULATION, the Medical Examiner's Office and the San Francisco Police Department are authorized to release the Harding Photographs pursuant to the terms of the foregoing stipulation.

IT IS SO ORDERED

Dated: _____2/12_____, 2013



THE HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER TO ALLOW RELEASE OF COPIES OF PHOTOGRAPHS, ETC., CASE NO. C12-3978 EMC

4

n:\lit\li2012\120088\00824419.doc

# PROOF OF SERVICE

I, Deborah Sanchez, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the above-entitled action. I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, Fifth Floor, San Francisco, CA 94102.

On February 6, 2013, I served the following document(s):

**STIPULATION AND [PROPOSED] ORDER TO ALLOW RELEASE OF COPIES OF PHOTOGRAPHS DEPICTING MR. HARDING, JR. AFTER HE WAS DECEASED IN POSSESSION OF THE OFFICE OF THE MEDICAL EXAMINER AND/OR THE SFPD**

on the following persons at the locations specified:

| | |
|---|---|
| John C. Carpenter, Esq.<br>Carpenter, Zuckerman & Rowley, LLP<br>8827 West Olympic Blvd.<br>Beverly Hills, CA  90211<br>*Attorney for Plaintiffs*<br>Telephone:  (310) 273-1230<br>Facsimile:   (310) 858-1063<br>Email:  john@czrlaw.com | District Attorney's Office<br>Hall of Justice<br>850 Bryant Street<br>San Francisco, CA  94103 |

in the manner indicated below:

☒ **BY UNITED STATES MAIL**: Following ordinary business practices, I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and mailing with the United States Postal Service. I am readily familiar with the practices of the San Francisco City Attorney's Office for collecting and processing mail. In the ordinary course of business, the sealed envelope(s) that I placed for collection would be deposited, postage prepaid, with the United States Postal Service that same day.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed February 6, 2013, at San Francisco, California.

DEBORAH SANCHEZ