UNITED STATES DISTRICT COURT

Northern District of California

San Jose Division

| | |
|---|---|
| THE ESTATE OF KENNETH J. HARDING, JR., et al.,<br>　　　　Plaintiffs,<br>　　v.<br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br>　　　　Defendants.　　　　　／ | No. C 12-3978 WHO<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:　　October 17, 2013<br>Mediator:　William Simmons |

　　　IT IS HEREBY ORDERED that the request to excuse defendant Officers Matthew Lopez and Richard Hastings from appearing in person at the October 17, 2013 mediation before William Simmons is DENIED.

　　　IT IS SO ORDERED.

October 11, 2013　　　　　　　　By:　　　_____
Dated　　　　　　　　　　　　　　　　　　　Maria-Elena James
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California